**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed May 5, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00166-CR
## NO. 14-22-00167-CR

## IN RE RONNIE CARNES, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**230th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 490340 & 490341**

## MEMORANDUM OPINION

On March 10, 2022, relator Ronnie Carnes filed petitions for writs of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petitions, relator asks this court to compel the Honorable Kim Ogg, Harris County District Attorney, to produce all mitigating evidence.

This court's mandamus jurisdiction is governed by section 22.221 of the Government Code. A court of appeals may issue writs of mandamus against (1) a

judge of a district, statutory county, statutory probate county, or county court in the court of appeals district; (2) a judge of a district court who is acting as a magistrate at a court of inquiry under Chapter 52 of the Code of Criminal Procedure in the court of appeals district; or (3) an associate judge of a district or county court appointed by a judge under Chapter 201 of the Family Code in the court of appeals district for the judge who appointed the associate judge.  Tex. Gov't Code Ann. § 22.221(b). The courts of appeals also may issue all writs necessary to enforce the court of appeals' jurisdiction.  *Id.* § 22.221(a).

The Harris County District Attorney is not among the parties specified in section 22.221(b).  *See id.* § 22.221(b).  Moreover, relator has not shown that the issuance of writs compelling the requested relief is necessary to enforce our appellate jurisdiction.  *See id.* § 22.221(a).  Therefore, we lack jurisdiction to issue writs of mandamus against the Harris County District Attorney.

Accordingly, relator's petitions are dismissed for want of jurisdiction.[1]

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Spain.
Do Not Publish — Tex. R. App. P. 47.2(b).

---

[1] On March 24, 2022, we advised relator that we lacked jurisdiction over his petition for writ of mandamus because we cannot issue a writ of mandamus against the Harris County District Attorney and gave relator 21 days to respond and demonstrate that we have jurisdiction over this proceeding.  Relator did not respond.